UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GERMAN VAZQUEZ,

            Petitioner,

v.

STATE OF WASHINGTON,

            Respondent.

Case No. C19-5724 RBL-TLF

REPORT AND RECOMMENDATION

Noted for June 19, 2020

On January 21, 2020, plaintiff filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. 1. The same day, the Court ordered plaintiff to show cause why the petition should not be dismissed for raising unexhausted claims, for being inappropriate for federal review under the *Younger* abstention doctrine, and for failing to state cognizable constitutional claims. Dkt. 6. The deadline for petitioner's response was set for February 21, 2020.

On January 27, 2020, the Court's order was returned, because petitioner was no longer in the custody of Thurston County Jail. *See* Dkt. 9. The Court ordered plaintiff to update his address on or before March 27, 2020, sending the order to plaintiff's last known address. Dkt. 10. All mail addressed to petitioner has since been returned as undeliverable. *See* Dkts. 11, 12.

Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

Petitioner has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **June 19, 2020** as noted in the caption.

Dated this 29th day of May, 2020.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2