HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERMAN VAZQUEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Respondent. | CASE NO. C19-5724RBL<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 13], recommending that the Court Deny Petitioner Vasquez's § 2254 habeas petition [Dkt. # 7] for failure to respond to the Court's order to show cause. Vasquez has not objected.

1. The Report and Recommendation is **ADOPTED;**

2. Petitioner Vasquez's § 2254 habeas petition is DISMISSED without prejudice for failure to respond to the Magistrate Judge's Order to Show Cause [Dkt. # 8];

3. If he appeals, Vasquez's *in forma pauperis* status will continue;

1    4.  The Clerk shall send copies of this Order to Vasquez's last known address and to

2        Magistrate Judge Fricke.

3    IT IS SO ORDERED.

4        Dated this 28th day of July, 2020.

                                                Ronald B. Leighton
                                                United States District Judge